UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD A. SCHEXNAYDER

VERSUS

BURL CAIN

CIVIL ACTION

NUMBER 08-294-FJP-DLD

### RULING

Plaintiff's motion to reopen this case[1] is denied. The plaintiff failed to comply with the Court's prior order which resulted in the dismissal of plaintiff's case. Plaintiff has still failed to comply with the Court's prior order in his motion to reopen his case. Therefore;

IT IS ORDERED that plaintiff's motion to reopen the case is denied.

Judgment shall be entered dismissing this matter with prejudice.

Baton Rouge, Louisiana, December 23, 2008.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 8.

Doc#45683