UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD A. SCHEXNAYDER

VERSUS

BURL CAIN

CIVIL ACTION

NUMBER 08-294-FJP-DLD

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that plaintiff's motion to reopen the case is denied and this matter is dismissed with prejudice.

Baton Rouge, Louisiana, December 23, 2008.

```
                              _____
                              FRANK J. POLOZOLA
                              UNITED STATES DISTRICT JUDGE
```

Doc#45683