UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD SCHEXNAYDER(#359308)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 08-294-FJP-DLD

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Petitioner's Application for Writ of Habeas Corpus relief shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October _____8_____, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46426