UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD SCHEXNAYDER(#359308)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 08-294-FJP-DLD

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the Petitioner's Application for Writ of Habeas Corpus, with prejudice.

Baton Rouge, Louisiana, October ___8___, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46426